CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV - 9 2016

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

Jason Darius Mobuary, et. al. #626201

(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

-vs-

State of Georgia, et. al.
- See attachments -

1:16-CV-4172

(Enter above the full name of the defendant(s).)

I.   **Previous Lawsuits**

A.   Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes ( )     No (X)

B.   If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.   Parties to this previous lawsuit:

Plaintiff(s):  N/A

Defendant(s):  N/A

2.   Court (name the district):
N/A

3.   Docket Number:  N/A

Rev. 12/5/07

I.    **Previous Lawsuits (Cont'd)**

4.    Name of judge to whom case was assigned:   _N/A_

5.    Did the previous case involve the same facts?

Yes ( )      No (X)

6.    Disposition (Was the case dismissed?  Was it appealed?  Is it still pending?):
_N/A_

7.    Approximate date of filing lawsuit:  _N/A_

8.    Approximate date of disposition:   _N/A_

II.   **Exhaustion of Administrative Remedies**
Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

A.    Place of Present Confinement:    _Johnson State Prison, GDC_

B.    Is there a prisoner grievance procedure in this institution?

Yes (X)      No ( )

C.    Did you present the facts relating to your complaint under the institution's grievance procedure?

Yes ( )      No (X)

D.    If your answer is YES:
1.    What steps did you take and what were the results?
_N/A_

2.    If your answer is NO, explain why not:   _Institution's griev-
ance procedures are not applicable to the
facts/issues presented in this complaint/civil action._

Rev. 12/5/07

**III.    Parties**

(In item A below, place your name in the first blank and place your present address in the second blank.)

A.    Name of Plaintiff:    _See attachment(s)._

Address(es):    _See attachment(s)._

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B.    Defendant(s):    _See attachment(s)._

Employed as    _See attachment(s)._

at _See attachment(s)._

**IV.    Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

_See attachment(s)._

Rev. 12/5/07

**IV.    Statement of Claim (Cont'd)**

See attachment(s).

**V.    Relief**

State briefly exactly what you want the Court to do for you.  Make no legal arguments.  Cite
no cases or statutes.

See attachment(s).

Rev. 12/5/07

V.    Relief (Cont'd)

_See attachment(s)._

Singed this __38th__ day of __October__ , 20 __16__ .

_Jason Malvary_ et. al.
Signature of Plaintiffs

STATE OF __Georgia__

COUNTY (CITY) OF __Johnson (Wrightsville)__

_Kenneth Merritt_

I declare under penalty of perjury that the foregoing is true and correct. _Billy Sams_

EXECUTED ON __10-38-16__

(Date)

_Jason Malvary_ et al.
Signature of Plaintiffs

_Kenneth Merritt_

_Billy Sams_

Rev. 12/5/07